IRVING STEINFELD PLUMBING CO., INC., Appellant, v. PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent.

Submitted November 27, 1944; decided November 30, 1944.

*Louis S. Weiner* for motion.
No one opposed.

Motion granted and appeal dismissed, with costs, and ten dollars costs of motion, upon the ground that the order does not finally determine a special proceeding within the meaning of the Constitution.